IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAHEEM JOHNSON, | : | |
| Petitioner, | : | |
| v. | : | 2:17-cv-3836 |
| | : | |
| SUPERINTENDENT DELBSO et al., | : | |
| Respondents. | : | |

# **O R D E R**

**AND NOW**, this 19th day of January, 2018, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Petitioner's Application for Stay of Proceedings Pending Disposition of Petitioner's Newly Filed P.C.R.A. (Doc. 7) is **GRANTED**, and the instant habeas petition is stayed and held in abeyance until the resolution of pending related state court proceedings.

3. The Clerk of Court shall mark this action **CLOSED** for statistical purposes and place the matter in the Civil Suspense File. This case will be restored to the active docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties.

3. Petitioner and respondents shall monitor the state court proceedings and immediately notify this court upon their conclusion.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Court